No. 267. HELLNER ET AL. v. UNITED STATES. Court of Claims. Certiorari denied. *Paul R. Harmel* for petitioners. *Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for the United States.

No. 268. LEARY ET UX. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *William H. Collins* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Meyer Rothwacks* for the United States.

No. 270. REPUBLIC ENGINEERING & MANUFACTURING Co. v. MOSKOVITZ ET AL. St. Louis Court of Appeals of Missouri. Certiorari denied. *Bernard Mellitz* and *Malcolm I. Frank* for petitioner. *Edmund C. Rogers, Lawrence C. Kingsland* and *Estill E. Ezell* for respondents.

No. 271. WEBSTER ET AL. v. CITY OF NEWARK ET AL. Supreme Court of New Jersey. Certiorari denied. *Seymour Margulies* for petitioners. *David L. Krooth, Norman S. Altman, Victor A. Altman, Norman N. Schiff* and *Augustine J. Kelly* for respondents.

No. 273. KOSSICK v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jacob Rassner* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for the United States.

No. 274. KORZEN, COUNTY TREASURER, COOK COUNTY, ILLINOIS, ET AL. v. FORD MOTOR CO. ET AL. Supreme Court of Illinois. Certiorari denied. *Daniel P. Ward* and *Edward J. Hladis* for petitioners. *Solicitor General Cox* for the United States, and *Burke Williamson* for Ford Motor Co., respondents.